# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05CR2213-LAB |
| Plaintiff, ) | **ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| vs. ) | |
| DAVID M. TALEBI, ) | |
| ALI TALEBI, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED**, based upon the Joint Motion of the parties, the Sentencing Hearing scheduled for September 10, 2007 at 9:30 a.m., be continued to October 1, 2007 at 9:30 a.m. Absent extraordinary good cause being shown, there will be no further continuances.

Defendants shall file acknowledgments of next court date within ten (10) days of this order.

**IT IS SO ORDERED.**

Dated: 8/28/07

HON. LARRY A. BURNS
United States District Court Judge